# United States District Court
## Southern District of Georgia

ROBERT MCKINNON, III,

          Plaintiff,

v.

JOHN DOE, Bryan County, GA Sheriff's Deputy, individual capacity, et al,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV 422-262

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's July 6, 2023 Order overruling Plaintiff's Objection and adopting the Magistrate Judge's Report and Recommendation, as supplemented, as the Court's opinion, Plaintiff's complaint is dismissed, and his remaining motions are dismissed as moot. This case stands closed.



7/6/2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk