IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROBERT MCKINNON, III, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-262 |
| v. | |
| JOHN DOE, et al., | |
| Defendants. | |

**O R D E R**

The appeal on the above case having been dismissed by the United States Court of Appeals for the Eleventh Circuit;

**IT IS ORDERED AND ADJUDGED** that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 25th day of June, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA